No. 41150.—Protests 789506–G/10509, etc., of Flintkote Co. et al. (New Orleans, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 27, 1939

No. 41151.—Protest 868116–G of Dritz Traum Co., Inc., (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30) the clothes brushes in question were held dutiable at 50 percent under paragraph 1506 as claimed.

No. 41152.—Protests 930667–G, etc., of Toa Kigyo Corp. et al. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise is the same as the boxes containing canned mandarin oranges passed upon in *Nozaki* v. *United States* (C. D. 61). The claim for free entry was therefore sustained.

No. 41153.—Protests 974440–G, etc., of Frazar & Co. (Philadelphia).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise is the same as the boxes containing canned mandarin oranges passed upon in *Nozaki* v. *United States* (C. D. 61). The claim for free entry was therefore sustained.

No. 41154.—Protest 968587–G of Elite Import Co., Inc. (New York).

Opinion by SULLIVAN, J. On the authority of *United States* v. *Boston Paper Co.* (23 C. C. P. A. 372, T. D. 48233) and *Davis* v. *United States* (T. D. 49012) and in view of the fact that the mandatory provisions of section 499, Tariff Act of 1930, were not complied with, the protest was sustained.

No. 41155.—Protest 911161–G of R. W. Greeff & Co. (New York).

Opinion by BROWN, J. It appeared that the article called "iron by hydrogen" is the reduction of an oxide of iron by a jet of hydrogen leaving the element iron in powdered form with slight impurities, and that it is principally used for medicinal purposes. There was no proof in the record of its industrial use. The protest was therefore overruled. *Mantle Lamp Co.* v. *United States* (T. D. 48927) and *Harrison Supply Co.* v. *United States* (164 Fed. 155) distinguished.

No. 41156.—Protest 950085–G of Mitsubishi Shoji Kaisha, Ltd. (New York).

Opinion by BROWN, J. On the record presented the protest was overruled.